EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

HIEP P. PHAM
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Telephone: 656-1360
Fascimile: 656-1370
Email: phamhp@schofield.army.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Criminal Number: 03-00592 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| TINA D. LONG, | ) | ORDER FOR DISMISSAL |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney hereby dismisses without prejudice the Information filed against TINA D. LONG. The defendant has successfully completed the pretrial diversion program.

DATED: Honolulu, Hawaii, August 30, 2004.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
HIEP P. PHAM
Special Assistant U.S. Attorney

APPROVED AND SO ORDERED:

__AUG 3 1 2004__
Date

BARRY M. KURREN
_____
UNITED STATES MAGISTRATE JUDGE